AO 245D (Rev. 11/16)  Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| CORD ROBERTSON GREEN | Case No.   4:20CR40012-001 |
| | USM No.   12707-509 |
| | Alex Wynn |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of conditions   1, 2, 3, 4, 5, 6, 7, 8, 10, 11, 12, and 14   of the term of supervision.

☐ Was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Mandatory Condition # 3: Use of a Controlled Substance | November 28, 2022 |
| Two | Mandatory Condition # 1: New Law Violation – Public Intoxication | December 12, 2022 |
| Three | Mandatory Condition # 3: Use of a Controlled Substance | April 26, 2023 |
| Four | Mandatory Condition # 1: New Law Violation – Domestic Battery 3rd Degree | June 1, 2023 |
| Five | Mandatory Condition # 3: Use of a Controlled Substance | June 16, 2023 |
| Six | Mandatory Condition # 3: Use of a Controlled Substance | August 25, 2023 |
| Seven | Mandatory Condition # 3: Use of a Controlled Substance | October 10, 2023 |

The defendant is sentenced as provided in pages 2 through   3   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The government withdrew alleged violations  9 and 13,   the defendant is discharged as to such violations.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec. No.:   7121 | December 11, 2024 |
| | Date of Imposition of Judgment |
| Defendant's Year of Birth:   1988 | |
| | /s/ Susan O. Hickey |
| City and State of Defendant's Residence: | Signature of Judge |
| Texarkana, Texas | |
| | Honorable Susan O. Hickey, Chief United States District Judge |
| | Name and Title of Judge |
| | December 18, 2024 |
| | Date |

AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page 2 of 3

DEFENDANT: CORD ROBERTSON GREEN
CASE NUMBER: 4-20CR40012-001

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Eight | Mandatory Condition # 1: New Law Violation – Public Intoxication | December 23, 2023 |
| Ten | Mandatory Condition # 3: Use of a Controlled Substance | February 20, 2024 |
| Eleven | Mandatory Condition # 3: Use of a Controlled Substance | July 24, 2024 |
| Twelve | Standard Condition # 3: Unauthorized travel from District | November 3, 2024 |
| Fourteen | Special Condition # 3 & 5: Substance Use and Mental Health Treatment | November 19, 2024 |

Judgment — Page 3 of 3

DEFENDANT: CORD ROBERTSON GREEN
CASE NUMBER: 4:20CR40012-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

**Fourteen (14) months imprisonment, with credit for time served in federal custody. There is no term of supervised release to follow.**

☒ The court makes the following recommendations to the Bureau of Prisons:

**To be housed in a medical facility.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL